■ In the Matter of RUFUS WOODS, Petitioner, v WAYNE BARKLEY, as Superintendent of Riverview Correctional Facility, et al., Respondents. [654 NYS2d 700] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondents which found petitioner guilty of violating a prison disciplinary rule.

The Attorney-General has advised this Court by letter that respondents are not submitting a brief and requests that this proceeding be dismissed as moot inasmuch as the determination under review has been administratively reversed and

expunged from petitioner's records. Because petitioner has received all the relief to which he is entitled, the matter is moot and the petition is dismissed (*see, Matter of Martin v Henderson,* 159 AD2d 867).

Mikoll, J. P., Crew III, White, Spain and Carpinello, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.